ISAAC WOLF, by Guardian, etc., Appellant, *v.* THE HOUSTON, WEST STREET AND PAVONIA FERRY RAILROAD COMPANY, Respondent.

(Argued October 13, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 23, 1888, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*Max Altmayer* for appellant.

*Charles E. Miller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SAMUEL E. MERWIN et al., Appellants, *v.* ANDREW JACKSON ROGERS, Respondent.

(Submitted October 13, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 29, 1889, which affirmed a judgment of the General Term of the City Court of New York in favor of defendant, entered upon an order sustaining a demurrer to the complaint.

*J. Homer Hildreth* for appellants.

*James C. De La Mare* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.